Cite as 2020 Ark. 373

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RETIREMENT OF CIRCUIT JUDGES | **Opinion Delivered** November 12, 2020 |

## PER CURIAM

Upon their upcoming retirements, the Supreme Court of Arkansas salutes the following circuit judges for their many years of service and for their many contributions to the betterment of the judicial system.

| **Judicial Circuit** | **Circuit Judge** | **Years of Service** |
|---|---|---|
| First | Richard Proctor | Twelve |
| First | Ann Hudson | Twelve |
| Second | Brent Davis | Twelve |
| Second | Ralph Wilson, Jr. | Thirty-Two |
| Second | Barbara Halsey | Fourteen |
| Third | Harold Erwin | Thirty-Four |
| Fifth | William Pearson | Twelve |
| Sixth | Wiley Branton, Jr. | Twenty-Eight |
| Sixth | Mary Spencer McGowan | Thirty |
| Sixth | Chris Piazza | Thirty |
| Sixth | Joyce Williams Warren | Thirty-Two |
| Sixth | Vann Smith | Thirty-Two |

| | | |
|---|---|---|
| Sixth | Richard Moore | Eighteen |
| Seventh | Eddy Easley | Eight |
| Eighth North | William Randal Wright | Fourteen |
| Eighth South | Kirk Johnson | Eighteen |
| Ninth West | Charles Yeargan | Twenty-Four |
| Tenth | Bynum Gibson, Jr. | Twenty-Two |
| Tenth | Sam Pope | Twenty-Six |
| Eleventh East | David Henry | Eighteen |
| Eleventh West | Bill Benton | Eighteen |
| Twelfth | J. Michael Fitzhugh | Twenty-Two |
| Twelfth | James Cox | Fourteen |
| Thirteenth | David Guthrie | Twenty-Eight |
| Fourteenth | Gordon Webb | Eighteen |
| Seventeenth | Robert Edwards | Twenty-Nine |
| Seventeenth | Tom Hughes | Twelve |
| Eighteenth East | John Homer Wright | Twenty-Two |
| Eighteenth East | Wade Naramore | Six |
| Eighteenth West | Jerry Ryan | Six |
| Twentieth | Charles E. Clawson, Jr. | Twenty-Six |
| Twenty-First | Gary Cottrell | Twenty-Two |
| Twenty-Second | Gary Arnold | Thirty |
| Twenty-Second | Grisham Phillips | Twenty-Two |

Recognizing their accomplishments and applauding their efforts, the court extends its best wishes for active and fulfilling futures.